UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIBERTY MARTIN,

    Plaintiff,

v

ALLEGAN COUNTY MEDICAL CARE COMMUNITY,

    Defendant.

Case No: 1:23-cv-01237

Hon. Jane Beckering
Magistrate Judge Phillip J. Green

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Kara F. Krause (P85487)<br>HURWITZ LAW PLLC<br>Attorneys for Plaintiff<br>340 Beakes St., Ste. 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurwitzlaw.com<br>kara@hurwitzlaw.com | ROSATI SCHULTZ JOPPICH<br>& AMTSBUECHLER PC<br>Carlito H. Young (P61863)<br>Andrea M. Pike (P74755)<br>Attorneys for Defendant<br>27555 Executive Drive, Suite 250<br>Farmington Hills, MI 48331<br>(248) 489-4100<br>cyoung@rsjalaw.com<br>apike@rsjalaw.com |

### STIPULATED ORDER DISMISSING THE CASE WITH PREJUDICE AND WITHOUT COSTS

**IT IS HEREBY STIPULATED AND AGREED** to by the respective parties, by and through their respective counsel, that this case is dismissed in its entirety, with prejudice and without costs, interest, or attorney fees as to any party.

This is a final Order of the Court, which resolves all pending claims and closes this case, but the Court retains jurisdiction to enforce the terms of the settlement between the parties.

**IT IS SO ORDERED.**

September 24, 2024
Date

/s/ Jane M. Beckering
HON. JANE M. BECKERING
UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO BY:**

Dated: September 24, 2024

HURWITZ LAW PLLC

*/s/ Noah S. Hurwitz*

Noah S. Hurwitz (P74063)
Kara F. Krause (P85487)
HURWITZ LAW PLLC
Attorneys for Plaintiff
340 Beakes St., Ste. 125
Ann Arbor, MI 48104
(844) 487-9489
noah@hurwitzlaw.com
kara@hurwitzlaw.com

Dated: September 24, 2024

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC

*/s/ Andrea M. Pike*
Carlito H. Young (P61863)
Andrea M. Pike (P74755)
Attorneys for Defendant
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
cyoung@rsjalaw.com
apike@rsjalaw.com